UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.L.,

                              Plaintiff(s),                    **ORDER**

              -against-                                        25-CV-09440 (PMH)

The City of New York, et al.,

                              Defendant(s).

PHILIP M. HALPERN, United States District Judge:

Plaintiff, proceeding *pro se* and *in forma pauperis*, commenced the instant action by filing the complaint on November 10, 2025. (Doc. 1). Plaintiff, on November 10, 2025, also filed a motion to proceed under her initials and for a protective order. (Doc. 5). Plaintiff refiled this motion on December 22, 2025, (Doc. 11), after the Court directed her to submit a copy of the motion including her signature. (Doc. 8). On April 8, 2026, the Court issued an order denying Plaintiff's application to proceed under her initials, but granting her application to use a substitute address for service. (Doc. 20). In this order, the Court directed Plaintiff "to publicly file a version of the complaint under her true, legal name by April 20, 2026, or this action will be dismissed." (*Id.* at 5). To date, Plaintiff has not publicly filed a version of the complaint under her true, legal name. Accordingly, the Court *sua sponte* extends the time for Plaintiff to publicly file a complaint under her true, legal name *nunc pro tunc* to April 27, 2026. If Plaintiff fails to file a complaint under her true, legal name by April 27, 2026, this action will be dismissed.

**SO ORDERED.**

Dated:    April 21, 2026
          White Plains, New York

                                         _____
                                         HON. PHILIP M. HALPERN
                                         United States District Judge