UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.L., | |
| Plaintiff, | **ORDER** |
| -against- | 25-CV-09440 (PMH) |
| The City of New York, et al., | |
| Defendants. | |

PHILIP M. HALPERN, United States District Judge:

On April 27, 2026, the Court received an email purportedly from Plaintiff S.L. Plaintiff is reminded that, pursuant to the Court's Individual Practices Rule 1(A), "[e]mails . . . to chambers are permitted only with prior authorization." Plaintiff is also advised that, to file documents in this case, she can email ProSe@nysd.uscourts.gov and for assistance with procedural questions she can contact the Pro Se Intake Unit at (212) 805-0175.

The Court *sua sponte* extends the time to comply with the Court's prior orders (Docs. 20, 24) and file a complaint under her true, legal name *nunc pro tunc* to May 11, 2026. If Plaintiff fails to file a complaint under her true, legal name by May 11, 2026, this action will be dismissed. Plaintiff is also reminded that, pursuant to the Court's prior order (Doc. 20), the Court will direct the Clerk of Court to unseal all filings in this case upon Plaintiff's filing of her complaint under her true, legal name.

**SO ORDERED.**

Dated:   April 30, 2026
         White Plains, New York

_____
HON. PHILIP M. HALPERN
United States District Judge